IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 05-344-01-MO |
| | ) | |
| v. | ) | ORDER CONTINUING |
| | ) | AND MODIFYING |
| CATHERINE MARTINDALE, | ) | SUPERVISED RELEASE TERM |
| | ) | |
| Defendant. | ) | |

On May 13, 2003, the defendant was sentenced in the Western District of Texas, to the custody of the Bureau of Prisons for a period of 48 months to be followed by a 3-year term of supervised release subject to standard and special conditions. The term of supervised release began August 22, 2005. Jurisdiction was transferred to Oregon on August 29, 2005.

On June 4, 2007, the Honorable Anna J. Brown issued a Warrant of Arrest and Order to Show Cause why defendant's term of supervised release should not be revoked based on the probation officer's allegations that defendant violated the conditions of release.

On July 2, 2007, defendant appeared with counsel at a hearing to determine whether defendant's supervised release should not be revoked. The defendant admitted she had violated the conditions of supervised release by unlawful use of a controlled substance, failing to report to the

*ORDER—MARTINDALE, Catherine, Page 1*

probation officer, failing to work regularly at a lawful occupation, failing to notify the probation officer 10 days prior to any change in residence or employment, and failing to participate in treatment for drug dependency and failing to submit to drug testing.

It is the finding of the Court that defendant violated the conditions of supervised release.

It now appearing to the Court defendant is suitable for continued community supervision,

**IT IS ORDERED** defendant's term of supervised release is continued subject to the previously imposed standard and special conditions and the following added special conditions: 1) The defendant shall reside in and satisfactorily participate in a residential re-entry center to include a prerelease component, if determined appropriate by the residential re-entry center manager and the U.S. Probation Officer, for up to 120 days or until discharged by the residential re-entry center manager and the U.S. Probation Officer; 2) The defendant shall participate in a mental health treatment program approved by the probation officer; 3) As directed by the probation officer, the defendant shall take psychotropic medication, if medically approved, for the treatment of a mental or emotional disorder; 4) The defendant shall authorize release of information to allow disclosure to the U.S. Probation Officer by the physician regarding defendant's medical condition.

**IT IS FURTHER ORDERED** that a status hearing be set for September 4, 2007.

All other aspects of the original judgment order shall remain in full force and effect.

It is hereby ordered that defendant remain in custody pending availability of a residential reentry center bed, and that the U.S. Marshals release defendant from custody at the direction of the probation officer.

DATED this 2d day of July, 2007.

The Honorable Michael W. Mosman
U.S. District Judge

*ORDER—MARTINDALE, Catherine, Page 2*